UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LOUIS E. MATHESON, JR.

       V.                                      CIVIL ACTION NO. 04-10341-RGS

MARTIN J. REID, ET AL;
and IBIS TECHNOLOGY CORP.

# ORDER OF TRANSFER

**STEARNS, DJ.**                                                            **MARCH 30, 2004**

THIS COURT HAVING ALLOWED THE PARTIES' JOINT MOTION TO CONSOLIDATE THE ABOVE-ENTITLED ACTION WITH CIVIL ACTION NOS. 03-12613-RCL; 04-10060-RCL; 04-10088-RCL; 04-10286-RCL; AND 04-10446-RCL,

IT IS HEREBY ORDERED:  THE ABOVE-CAPTIONED ACTION IS HEREBY TRANSFERRED TO THE HONORABLE REGINALD C. LINDSAY, UNITED STATES DISTRICT JUDGE.

SO ORDERED.

                                                              RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

BY:

                                            **/s/ Mary H. Johnson**
                                                  **Deputy Clerk**