UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

LOUIS V. MATHESON JR.,  )
Derivatively on Behalf Of Nominal Defendant,  )
IBIS TECHNOLOGY CORP.  )
  )
          Plaintiff,  )
  )    CIVIL ACTION NO.
v.  )    04-CV-10341
  )
MARTIN J. REID, et al.,  )
  )    FILING FEE PAID:
          Defendants.  )    RECEIPT # 54913
                           AMOUNT $ 50.00
                           BY DPTY CLK
**PLAINTIFF'S MOTION FOR** DATE 3/30/04
**ADMISSION PRO HAC VICE – ASSENTED TO**

Pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby moves to grant permission for William B. Federman, Esq. of the law firm of Federman & Sherwood, 120 N. Robinson Avenue, Suite 2720, Oklahoma City, Oklahoma 73102, to appear *pro hac vice* on behalf of the plaintiff Louis V. Matheson Jr. in this matter, and to permit him to participate in all matters, including any oral proceedings and trial in this action, which arise during the representation of plaintiff. As grounds for its motion, plaintiff states that:

1. Plaintiff has filed this shareholder derivative case seeking damages and injunctive relief, alleging that the defendants breached their fiduciary duties owed to the nominal defendant, IBIS Technology Corp..

2. Attorney Federman is highly experienced in shareholder derivative actions and therefore will provide significant assistance in the prosecution of this action.



DOCKETED

