UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS V. MATHESON JR.,<br>Derivatively on Behalf of Nominal Defendant,<br>IBIS Technology Corp.,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. REID, ET AL,<br><br>Defendants. | )<br>)<br>)<br>)   Civil Action No.<br>)   04-CV-10341 RCL<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF WILLIAM B. FEDERMAN

STATE OF OKLAHOMA

CITY OF OKLAHOMA CITY

The undersigned, William B. Federman, after being duly sworn, states under oath:

1. That I am a member of the bars of the State of Oklahoma and am in good standing in every jurisdiction where I have been admitted to practice;

2. That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

4. That my application for leave to practice in this Court is on Motion of a member of the bar of this Court who has also filed an appearance;

5. That the State of Oklahoma grants like privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

SWORN TO AND SUBSCRIBED BEFORE ME on this 18th day of March, 2004.

Notary Public
MY COMMISSION EXPIRES:

NANCY BEATTY
Oklahoma County
Notary Public in and for
State of Oklahoma
Comm. # 00017765  Exp. 11-13-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EXHIBIT B

| | |
|---|---|
| LOUIS V. MATHESON JR., ) <br> Derivatively on Behalf Of Nominal Defendant, ) <br> IBIS TECHNOLOGY CORP. ) <br>   ) <br>   Plaintiff, ) <br>   ) <br> v.   ) <br>   ) <br> MARTIN J. REID, et al., ) <br>   ) <br>   Defendants. ) | CIVIL ACTION NO. <br> 04-CV-10341 RGS |

**ORDER REGARDING
PLAINTIFF'S MOTION FOR ADMISSION
PRO HAC VICE**

THIS MATTER having come before the Court on the motion of plaintiffs, pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, for admission of Attorney William B. Federman, Esq, of the law firm Federman and Sherwood and after consideration of the moving papers there being no opposition thereto,

IT IS this _____ day of March, 2004

ORDERED that William B. Federman is permitted to participate in this matter *pro hac vice* on behalf of plaintiff Louis v. Matheson Jr..

By the Court:

_____
(Ponsor, J.)

Dated: