UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS V. MATHESON JR.,  )
Derivatively on Behalf Of Nominal Defendant, )
IBIS TECHNOLOGY CORP. )
        )
    Plaintiff, )
        )   CIVIL ACTION NO.
v.      )   04-CV-10341 RCL
        )
MARTIN J. REID, et al., )
        )
    Defendants. )

NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for plaintiff, Louis V. Matheson Jr., in the above-referenced matter.

Dated: March 25, 2004

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Phone: (405) 235-1560
Fax: (405) 239-2112

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of April, 2004, a true copy of the foregoing Notice of Appearance was served by first class mail, postage prepaid on all defense counsel of record.