## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS F. MATHESON JR., Derivatively on Behalf of Nominal Defendant, IBIS TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. REID, DIMITRI A. ANTONIADIS, ROBERT L. GABLE, LESLIE B. LEWIS, DONALD McGUINNESS, LAMBERTO RAFFAELLI, and COSMO TRAPANI, <br><br> Defendants, <br><br> and <br><br> IBIS TECHNOLOGY CORP., <br><br> Nominal Defendant. | CIVIL ACTION NO. 04-10341 RCL |

### AFFIDAVIT OF PROOF OF SERVICE

Nancy Beatty, of lawful age, after being first duly sworn upon her oath, states as follows:

1. I am a paralegal with the law firm of Federman & Sherwood, who represents the Plaintiff in the referenced matter.

2. On March 12, 2004, an original and one copy each of Waivers of Service of Summons for Defendants Donald McGuinness, Leslie B. Lewis, Robert L. Gable, Dimitri A. Antoniadis, Martin J. Reid, Lamberto Raffaelli and Cosmo Trapani, was served on their attorney Christine S. Chung of TESTA, HURWITZ & THIBEAULT, LLP, 125 High Street, Boston, Massachusetts 02110.

1

3.      Attached hereto as collective Exhibit A are the Original Waivers of Service for the above-named Defendants, dated April 15, 2004.

FURTHER, AFFIANT SAYETH NOT.

DATED this 20th day of April, 2004.

*Nancy Beatty*

Nancy Beatty, Paralegal
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/FAX: (405) 239-2112

Subscribed and sworn to before me this 20th day of April, 2004.

*Laurie A. Warmack*
Notary Public

My commission expires:
August 17, 2004
#00013729

2

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of April 20, 2004, I served the attached document by mailing regular mail postage pre-paid to the following:

Christine S. Chung
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110
Telephone: (617) 248-7100

Alan L. Kovacs
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street, Suite 106
Boston, MA 02135
Telephone: (617) 964-1177

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000

Brian M. Felgoise
LAW OFFICE OF BRIAN M. FELGOISE
261 Old York Road, Suite 423
Jenkintown, PA 19046
Telephone: (215) 886-1900

Nancy G. Beatty