UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
LOUIS F. MATHESON, JR., derivatively on     )
behalf of IBIS Technology Corp.,            )
                              Plaintiff     )
                                            )
v.                                          )     C.A. No.  04-10341-RCL
                                            )
MARTIN J. REID, et al                       )
                              Defendants    )
_____)

## PROCEDURAL ORDER ON JOINT MOTION TO STAY

Before the court is a motion of the parties to stay this action pending the entry of a final order on any motion to dismiss that may be filed in a consolidated action now captioned *In Re Ibis Technology Securities Litigation,* Docket No. 04-10446-RCL (the "Consolidated Action"). Having considered the motion, the court makes the following orders.

1.  The order of the court dated April 29, 2004, granting an unopposed motion to consolidate this case with the several individual cases that constitute the Consolidated Action is hereby vacated.

2.  This case shall be stayed pending the entry of a final order on any motion to dismiss the Consolidated Action. For administrative and statistical purposes, this case shall be closed without prejudice to any party on the court's docket during the period of the stay. The case shall be restored to the docket upon motion of any party (which motion shall make specific reference to this order) if it appears from the motion that further proceeding in this court are required after the entry of a final order on any motion to dismiss filed in the Consolidated Action. If no motion to restore this case to the docket is filed within thirty days from the entry of

a final order on any motion to dismiss the Consolidated Action, this order shall constitute the final order terminating this case with prejudice.

 SO ORDERED.

              /s/ REGINALD C. LINDSAY
              United States District Judge

DATED: June 4, 2004