# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS F. MATHESON JR., Derivatively on Behalf of Nominal Defendant, IBIS TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. REID, DIMITRI A. ANTONIADIS, ROBERT L. GABLE, LESLIE B. LEWIS, DONALD McGUINNESS, LAMBERTO RAFFAELLI, and COSMO TRAPANI,<br><br>Defendants<br><br>and<br><br>IBIS TECHNOLOGY CORP.,<br><br>Nominal Defendant. | Civil Action No. 04-10341 (RCL) |

## [PROPOSED] ORDER CONTINUING STAY OF ACTION

Having considered the parties' Joint Motion for an Order Continuing Stay Of Action and for good cause shown, the Court hereby enters the following Order:

1. The Court hereby continues the stay of all proceedings in this action, including all discovery, without prejudice;

2. Defendants' motion to dismiss (or other responsive pleading) shall be filed within forty (40) days after the entry of a final order disposing of all claims in In re Ibis Technology Securities Litigation., Civ. No. 04-10446 (RCL), or forty (40) days after any party moves to

restore this matter to the docket, which motion to restore shall only be filed after thirty (30) days notice to all other parties.

**IT IS SO ORDERED**.

Dated: _____          By: _____
                                        United States District Judge

LIBA/1695054.1

2