## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS F. MATHESON JR., Derivatively on Behalf of Nominal Defendant, IBIS TECHNOLOGY CORP.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARTIN J. REID, DIMITRI A. ANTONIADIS, ROBERT L. GABLE, LESLIE B. LEWIS, DONALD McGUINNESS, LAMBERTO RAFFAELLI, and COSMO TRAPANI,<br><br>　　　　　Defendants<br><br>and<br><br>IBIS TECHNOLOGY CORP.,<br><br>　　　　　Nominal Defendant. | Civil Action No. 04-10341 (RCL) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Brian E. Pastuszenski, Esq., Christine S. Chung, Esq., and Laura M. Stock, Esq., counsel for Martin J. Reid, Dimitri A. Antoniadis, Robert L. Gable, Leslie B. Lewis, Donald McGuiness, Lamberto Raffaelli, Cosmo Trapani, and Ibis Technology Corp. have joined the firm of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109. Goodwin Procter LLP's telephone number is (617)-571-1000 and its facsimile number is (617)-523-1231. Our email addresses are as follows: bpastuszenski@goodwinprocter.com, cchung@goodwinprocter.com; and lstock@goodwinprocter.com.

Dated: May 1, 2006

**MARTIN J. REID, DIMITRI A. ANTONIADIS, ROBERT L. GABLE, LESLIE B. LEWIS, DONALD McGUINNESS, LAMBERTO RAFFAELLI, COSMO TRAPANI, AND IBIS TECHNOLOGY CORP.**

By their attorneys,

<u>/s/ Brian E. Pastuszenski</u>
Brian E. Pastuszenski (BBO #391030)
Christine S. Chung (BBO #631724)
Laura M. Stock (BBO #652276)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2006.

          /s/ Brian E. Pastuszenski
          Brian E. Pastuszenski

LIBA/1695057