UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS F. MATHESON JR., Derivatively on Behalf of Nominal Defendant, IBIS TECHNOLOGY CORP., )<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. REID, DIMITRI A. ANTONIADIS, ROBERT L. GABLE, LESLIE B. LEWIS, DONALD McGUINNESS, LAMBERTO RAFFAELLI, and COSMO TRAPANI,<br><br>Defendants,<br><br>and<br><br>IBIS TECHNOLOGY CORP.,<br><br>Nominal Defendant. | CIVIL ACTION NO. 04-10341 |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff Louis F. Matheson Jr. filed a Notice of Voluntary Dismissal on March __, 2007. Pursuant to Plaintiff's Notice, this matter is hereby dismissed with prejudice.

DATED: March _____, 2007.

_____
Honorable Reginald C. Lindsay
United States District Judge

LIBA/1762572.2